UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00257-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JAVIER PEREZ-PANTOJA,
   a/d/a Javier Perez,

       Defendant.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#15)** on July 15, 2010, by Defendant. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **October 13, 2010,** at **10:00 a.m.** before the Honorable David M. Ebel, Courtroom C202, Byron Rogers U.S. Courthouse, 1823 Stout Street, Denver, Colorado.[1]

3. The Motion Hearing set for July 23, 2010, and the July 26, 2010, trial date are

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

**VACATED**.

Dated this 20th day of July, 2010.

BY THE COURT:

_Marcia S. Krieger_

Marcia S. Krieger
United States District Judge